Appeal No. 93CV003R from Judgment dated October 13, 1993, Larry Eugene Roberts, *641 Ruling Judge, Lauderdale County Circuit Court.
Laurel G. Weir, Thomas L. Booker, Jr., Weir & Booker, Philadelphia, for appellant.
Michael D. Herrin, J. Richard Barry, Bourdeaux & Jones, Meridian, for appellee.
EN BANC.
Reversed and Remanded.
FRAISER, C.J., BRIDGES, P.J., BARBER, COLEMAN, DIAZ, KING and PAYNE, JJ., concur.
' THOMAS, P.J., and McMILLIN and SOUTHWICK, JJ., dissent.